TARA K. MCGRATH
United States Attorney
OWEN ROTH
Assistant United States Attorney
California Bar No. 335891
Office of the United States Attorney
880 Front Street, Suite 6293
San Diego, CA 92101
(619) 546-7710
owen.roth@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR PAEZ-GARCIA,<br><br>　　　　　Defendant. | Case No. 22-CR-446 JLS<br><br>**MOTION TO CONTINUE<br>AND TO EXCLUDE TIME**<br><br>The Hon. Janis L. Sammartino |

The United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Owen Roth, Assistant United States Attorney, and counsel for defendant Hector Paez-Garcia, jointly move for an order continuing the motion hearing and trial setting conference from November 17, 2023, to February 2, 2024, at 1:30 p.m. and making findings in support of an exclusion of time from the date of this order through February 2, 2024, under the Speedy Trial Act.

This case alleges a conspiracy to launder monetary instruments through international concealment, in violation of Title 18, U.S. Code, Section 1956. The Government has produced voluminous discovery to date, including records from financial institutions and the U.S. Department of Treasury, forensic downloads of cellular phones, surveillance materials, and other audio and visual items. This discovery comprises hundreds of

gigabytes of information, and much of it constitutes complex financial transaction data. As of this application, defense counsel continue to review the discovery and to confer with her client about how to best proceed, but in the good-faith exercise of reasonable diligence require additional time to investigate, prepare, and review these materials. Accordingly, in light of the state of discovery and the need for continued defense preparation, good cause exists to find excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, through February 2, 2024.

Dated: November 14, 2023               Respectfully Submitted,

                                       TARA K. MCGRATH
                                       United States Attorney

                                       /s/ Owen Roth
                                       OWEN ROTH
                                       Assistant United States Attorney

                                       /s/ Carolyn Oliver
                                       CAROLYN OLIVER
                                       Counsel for H. Paez-Garcia